IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION



GERALD W. MINGO, INDIVIDUALLY
AND AS THE FATHER AND NEXT FRIEND
OF HIS MINOR CHILDREN, DEMYRON
MINGO AND MARY C. MINGO AND J.C. BELL,
TRUSTEE FOR THE BANKRUPTCY ESTATE OF
GERALD W. MINGO                                                          PLAINTIFFS

V.                                          CIVIL ACTION NO.: 2:03CV547SRD-DEK

G&G RETAIN, INC., ERMC, L.P.                                             DEFENDANTS
and ERMC II, L.P.

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on motion *ore tenus* of Defendants G&G Retail, Inc., d/b/a "The Rave," ERMC, LP and ERMC II, L.P. to dismiss this action with prejudice. The Court, having been advised that the parties have fully and finally resolved this matter so that no issues remain for decision by the Court, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that the Complaint and this action be, and they are hereby, dismissed with prejudice, with the parties to bear their own costs and expenses, including attorney's fees.

SO ORDERED, this the 6th day of March, 2005.

UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

_____
J. C. Bell, Trustee for the
Bankruptcy Estate of Gerald W. Mingo and
signs only in his capacity as Trustee for such
estate and for the claims of such estate

_____
Malissa Winfield, MSB #100761
Attorney for G & G Retail, Inc., d/b/a
"The Rave"

_____
L. Clark Hicks, Jr., MSB #8963
Attorney for ERMC, L.P. and
ERMC II, L.P.